JS-6

CC: FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARON NORIEGA, an individual: and MELBA ZITKO A/K/A/ MISTY CURTIS, an individual,<br><br>Defendants. | Case No: 8:24-cv-01509<br>Judge: Hon. James V. Selna<br><br>**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT [61]** |

Before the Court is the Joint Stipulation for Final Judgment and Order of Interpleader Disbursement filed by Defendants Sharon Noriega and Misty Curtis.

1. Pursuant to the agreement and stipulation of the remaining parties to this action, from the Funds on deposit with the Court, Sharon Noriega is entitled to receive, and the Clerk shall disburse to her, Ninety-One Thousand Five Hundred Ninety-Eight Dollars and Thirty-Three Cents ($91,598.33), plus 50% of any accumulated interest less

1  any fee assessed, payable to "Interpleader Law, LLC IOLTA" and mailed to: Michael
2  Hoover, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810.

3      2.     Pursuant to the agreement and stipulation of the remaining parties to this
4  action, from the Funds on deposit with the Court, Misty Curtis is entitled to receive, and
5  the Clerk shall disburse to her, Ninety-One Thousand Five Hundred Ninety-Eight Dollars
6  and Thirty-Three Cents ($91,598.33), plus 50% of any accumulated interest less any fee
7  assessed, payable to "Borchard & Callahan, APC IOLTA Trust Account" and mailed to:
8  Thomas Borchard, 25909 Pala, Suite 300, Mission Viejo, CA 92691.

9      3.     Each party shall be responsible for her own costs and attorney's fees.

10     5.     Upon the entry of this Final Judgment, the Clerk of Court is directed to
11 immediately disburse the interpleaded funds in this action in accordance with the above.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: September 24, 2025

_____
UNITED STATES DISTRICT JUDGE